IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT CHIN, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 18-1448 |
| MARK CAPOZZA, et al., | : | |
| Respondents. | : | |

DEC 17 2018

WENDY BEETLESTONE, J.

**ORDER**

AND NOW, this 14th day of December, 2018, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for a Writ of Habeas Corpus is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

WENDY BEETLESTONE, J.